[Civ. No. 4445. First Appellate District, Division Two.—May 11, 1923.]

GENERAL MOTORS ACCEPTANCE CORPORATION (a Corporation), Respondent, v. JOHN A. PARKER, Appellant.

[1] PLACE OF TRIAL—STIPULATION OF PARTIES.—Order denying motion to change place of trial reversed on authority of *General Motors Acceptance Corp.* v. *Codiga, ante,* p. 117.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. George H. Cabaniss, Judge. Reversed.

The facts are stated in the opinion of the court.

Edward Bickmore and Thos. W. Firby for Appellant.

Haswell & Pierce for Respondent.

STURTEVANT, J.—This is an appeal from an order refusing to change the place of trial. The facts are almost identical with and the case involves no principle except as passed on by this court in *General Motors Acceptance Corp.* v. *Codiga, ante,* p. 117 [216 Pac. 383]. The case was submitted by stipulation on the briefs filed in that case.

On the authority of the Codiga case the order denying the motion to change the place of trial is reversed.

Nourse, J., and Langdon, P. J., concurred.